UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MAY 15 2015

U.S. C.A. 3d

| | |
|---|---|
| IN RE: NATIONAL FOOTBALL AB LEAGUE PLAYERS' CONCUSSION INJURY LITIGATION | No. 2:12-md-02323<br>MDL No. 2323<br>Hon. Anita B. Brody |
| Kevin Turner and Shawn Wooden, on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>National Football League and NFL Properties, LLC, successor-in-interest to NFL Properties, Inc.,<br><br>Defendants. | Civil Action No. 14-00029-AB |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

## NOTICE OF APPEAL

Notice is hereby given that objecting class member Darren Russell Carrington hereby appeals to the United States Court of Appeals for the Third Circuit from the Final Order and Judgment (Dkt. No. 6510) and Memorandum and Opinion (Dkt. No. 6509) filed on April 22, 2015, and all orders and memoranda that merge in that judgment.

Dated: May 11, 2015

Respectfully Submitted,

By: _____
Darren Russell Carrington

Darren Russell Carrington
14097 Montfort Court
San Diego, CA 92128
858.967.4797

# CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2015, I mailed the foregoing Notice of Appeal by First-Class Mail, postage prepaid, to the following participants:

**Class Counsel:**

| | |
|---|---|
| SEEGER WEISS LLP<br>77 WATER STREET<br>NEW YORK, NY 10005 | ANAPOL SCHWARTZ<br>1710 SPRUCE STREET<br>PHILADELPHIA, PA 19103 |
| PODHURST ORSECK P.A.<br>25 W. FLAGLER STREET, SUITE 800<br>MIAMI, FL 33130-1780 | LOCKS LAW FIRM<br>601 WALNUT STREET SUITE 720 EAST<br>PHILADELPHIA, PA 19106 |
| LEVIN FISHBEIN SEDRAN & BERMAN<br>510 WALNUT STREET, SUITE 500<br>PHILADELPHIA, PA 19106 | NAST LAW LLC<br>1101 MARKET STREET, SUITE 2801<br>PHILADELPHIA, PA 19107 |

**Counsel for the National Football League:**

| | |
|---|---|
| GOODELL, DeVRIES, LEECH & DANN, LLP<br>2001 MARKET STREET SUITE 3700<br>PHILADELPHIA, PA 19103 | MCDERMOTT WILL & EMERY LLP<br>227 WEST MONROE ST.<br>CHICAGO, IL 60606-5096 |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON, LLP<br>1285 AVNEUE OF THE AMERICAS<br>NEW YORK, NY 10019-6064 | DECHERT, PRICE AND RHOADS<br>200 CLARENDON ST 27TH FL<br>BOSTON, MA 02116 |
| BANCROFT PLLC<br>1919 M STREET NW SUITE 470<br>WASHINGTON, DC 20036 | LATHROP & GAGE LLP<br>2345 GRAND BLVD. SUITE 2200<br>KANSAS CITY, MO 64108 |
| VENABLE LLP<br>210 W PENNSYLVANIA AVE STE 500<br>TOWSON, MD 21204 | WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC<br>3344 PEACHTREE ROAD, NE STE. 2400<br>ATLANTA, GA 30326 |

| | |
|---|---|
| DUANE MORRIS LLP<br>1940 ROUTE 70 EAST SUITE 200<br>CHERRY HILL, NJ 08003 | STONE PIGMAN WALTHER WITTMANN LLC<br>546 CARONDELET ST<br>NEW ORLEANS, LA 70130-3588 |
| WINSTON & STRAWN<br>35 WEST WACKER DRIVE<br>CHICAGO, IL 60601 | MUNGER TOLLES & OLSON, LLP<br>355 SOUTH GRAND AVENUE 35TH FL<br>LOS ANGELES, CA 90071 |

_____
Darren Carrington







OFFICE OF THE CLERK

**MARCIA M. WALDRON**
CLERK

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

TELEPHONE
215-597-2995

May 15, 2015

Michael E. Kunz, Clerk
United States District Court
2609 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1796

Re: In Re: National Football AB League Players'
Concussion Injury Litigation
E.D. Pa. Nos. 2-12-md-02323 & 2-14-cv-00029

Dear Mr. Kunz:

Pursuant to Rule 4(d), Federal Rules of Appellate Procedure, and Rule 3.4, Third Circuit Local Appellate Rules, we are forwarding the attached notice of appeal from the District Court memorandum and orders entered 4/22/15, 5/8/15 and 5/11/15 (#s 6509, 6510, 6534 & 6535) which was filed with this office in error. See Rule 3(a)(1), Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. **The notice was received in this Court on 5/15/15 and should be docketed as of that date.**

This document is being forwarded solely to protect the litigant's right to appeal as required by the Federal Rules of Appellate Procedure and Rule 3.4, Third Circuit Local Appellate Rules. Upon receipt of the document, kindly process it according to your Court's normal procedures. If your office has already received the same document, please disregard the enclosed copy to prevent duplication.

Pursuant to Rule 3(a)(1), Federal Rules of Appellate Procedure, a notice of appeal must be filed with the Clerk of the District Court. This Court may not act on an appeal until the notice has been docketed in the District Court and certified to this Court by the District Court Clerk.

Thank you for your assistance in this matter.

Very truly yours,

By: /s/ Marcia M. Waldron
Clerk

MMW/lld
Enclosure
cc: Darren Russell Carrington (w/out enclosure)