# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. **15-2234**

_____ vs. In re NFL Players Concussion et al.

## ENTRY OF APPEARANCE

Please the list names of **all** parties represented, using additional sheet(s) if necessary:

**Darren Russell Carrington**

Indicate the party's role IN THIS COURT (check <u>only</u> one):

- [ ] Petitioner(s)
- [x] Appellant(s)
- [ ] Intervenor (s)
- [ ] Respondent(s)
- [ ] Appellee(s)
- [ ] Amicus Curiae

(Type or Print) Counsel's Name **Mr. Joseph Darrell Palmer**
Mr.    Ms.    Mrs.    Miss

Firm **Law Offices of Darrell Palmer PC**
Address **2244 Faraday Avenue, Suite 121**
City, State, Zip Code **Carlsbad, CA 92008**
Phone **(858) 215-4064**    Fax **(866) 583-8115**

**Primary E-Mail Address (required)** darrell.palmer@palmerlegalteam.com
**Additional E-Mail Address (1)** maria.carapia@palmerlegalteam.com
**Additional E-Mail Address (2)** _____

Notices generated from the Court's ECF system will be sent to both the primary e-mail and additional e-mail addresses. ***YOU ARE LIMITED TO TWO ADDITIONAL E-MAIL ADDRESSES.***

**SIGNATURE OF COUNSEL:** /s/ Joseph Darrell Palmer

---

COUNSEL WHO FAILS TO FILE AN ENTRY OF APPEARANCE WILL NOT BE ENTITLED TO RECEIVE NOTICES OR COPIES OF DOCUMENTS INCLUDING BRIEFS AND APPENDICES UNTIL AN APPEARANCE HAS BEEN ENTERED.

ONLY ATTORNEYS WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT OR WHO HAVE SUBMITTED A PROPERLY COMPLETED APPLICATION FOR ADMISSION TO THIS COURT'S BAR MAY FILE AN APPEARANCE FORM. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)

*IT IS IMPORTANT THAT ALL REQUESTED INFORMATION BE PROVIDED AND THAT COUNSEL SIGN THE FORM IN THE APPROPRIATE AREA.*
This entry of appearance must be served on all parties.

REV. 10/23/09