OFFICE OF THE CLERK

**MARCIA M. WALDRON**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



June 16, 2015

J. Darrell Palmer, Esq.
2244 Faraday Avenue
Suite 121
Carlsbad, CA 92008

RE: In re: NFL Players Concussion
Case Number: 15-2234
District Case Number: 2-12-md-02323
District Case Number: 2-14-cv-00029

Dear Counsel:

**Effective December 15, 2008, the Court implemented the Electronic Case Files System. Accordingly, attorneys are required to file all documents electronically. See 3d Cir. L.A.R. 113 (2008) and the Court's CM/ECF website at www.ca3.uscourts.gov/forms.**

Pursuant to our docketing letter dated **05/19/2015**, you were requested to:

You must pay the docketing fees or file the Motion for Leave to Proceed In Forma Pauperis within **fourteen (14) days** from the date of this letter. **If you do not pay the docketing fees or file the Motion for Leave to Proceed In Forma Pauperis within fourteen (14) days, your case may be dismissed without further notice. 3rd Cir. LAR Misc. 107**

The above listed be completed within **fourteen (14) days of the date of this letter**. The forms are available at this court's website.

**IF YOU FAIL TO COMPLY, THE CASE WILL BE DISMISSED PURSUANT TO 3d Cir. L.A.R MISC. 107.1(b) and/or 107.2(a).**

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

By: Maria, Case Manager
267-299-4937